OPINION — AG — THE TERM "GROSS WEIGHT" AS USED IN 47 O.S. 1971, 12-301(C) [47-12-301], 47 O.S. 1971, 12-301(D) [47-12-301] AND AS DEFINED IN 47 O.S. 1971, 1-121 [47-1-121], MEANS THE WEIGHT OF A VEHICLE WITHOUT LOAD PLUS THE WEIGHT OF ANY LOAD THEREON; AND SUBSECT (D) OF 47 O.S. 1971, 12-101(D) [47-12-101] DOES NOT EXEMPT TRIALERS OF LESS THAN THREE THOUSAND POUNDS FROM ITS PROVISIONS AND REQUIRES ALL TRAILERS OF ANY WEIGHT TO BE EQUIPPED WITH SERVICE BRAKES. CITE: 47 O.S. 1971, 12-301(D) [47-12-301] (CATHERINE GATCHELL NAIFEH)